IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>GABRIEL CERDA-GUILLEN,<br><br>               Defendant. | 8:16CR366<br><br>ORDER |

This matter is before the court on the request of the government to declare this case as complex and to adjust the discovery schedule at the arraignment on **December 14, 2022**. The defendant agreed to the request. The court finds from the representations by counsel for the parties that this case is so unusual and so complex due to the nature of the prosecution, the existence of novel questions of fact and law, and the amount of discovery, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii).

**IT IS ORDERED:**

1. The parties shall have to **on or before January 17, 2023,** in which to complete discovery.

2. A status conference is set for **February 14, 2023, at 9:30 a.m.** before Magistrate Judge Susan M. Bazis by video conference. The defendant is not required to participate. The pretrial motion deadline will be set by further order of the court.

3. The ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from December 14, 2022, through February 14, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 14th day of December, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge