IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:16CR366** |
| vs. | |
| GABRIEL CERDA-GUILLEN, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Gabriel Cerda-Guillen (Filing No. 31).  Joshua W. Weir has filed an entry of appearance as retained counsel for Gabriel Cerda-Guillen.  Therefore, Michael J. Hansen's motion to withdraw (Filing No. 31) will be granted.

Michael J. Hansen shall forthwith provide Joshua W. Weir any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Gabriel Cerda-Guillen's defense.

The clerk shall provide a copy of this order to Joshua W. Weir.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge