IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>GABRIEL CERDA-GUILLEN,<br><br>                Defendant. | **8:16CR366**<br><br>**FORFEITURE MONEY JUDGMENT** |

This matter is before the Court on the government's Amended Motion for Forfeiture Money Judgments (Filing No. 69) in the amount of $1,339,500 for Count I and $740,222 for Count II. Having reviewed the motion and the record, the Court will grant the government's motion.

    IT IS ORDERED:

1. The government's Motion for Forfeiture Money Judgments is hereby granted.
2. The defendant, Gabriel Cerda-Guillen, pursuant to 21 U.S.C. §§ 853 and 970 and Fed. R. Crim. P. 32.2(b)(2), shall be, and hereby is, liable for a forfeiture money judgment in the amount of $1,339,500.00 and pursuant to 18 U.S.C. § 982 and Fed. R. Crim. P. 32.2(b)(2), shall be, and hereby is, liable for a forfeiture money judgment of $740,222.00.
3. Upon entry of this order, it shall become a final order of forfeiture as to this defendant.
4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets

forfeited to the United States up to the amount of the forfeiture money judgment.

Dated this 24th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge